UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON TRACK INNOVATIONS LTD., an Israeli company, )<br>)<br>Plaintiff-Counterclaim Defendant, )<br>)<br>vs. )<br>)<br>T-MOBILE USA, INC., a Delaware corporation, )<br>)<br>Defendant-Counterclaim Plaintiff. )<br>) | Case No. 1:12-cv-02224-AJN-JCF<br><br>**MOTION TO STRIKE DR. MEYER'S CONCLUSORY AND UNRELIABLE DAMAGES OPINIONS** |

**T-MOBILE USA, INC.'S NOTICE OF MOTION TO STRIKE
DR. MEYER'S CONCLUSORY AND UNRELIABLE DAMAGES OPINIONS**

In accordance with Federal Rule of Evidence 702 and the principles set forth in *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579(1993) and its progeny, Defendant and Counterclaim-Plaintiff T-Mobile USA, Inc. ("T-Mobile") hereby moves the Court for the entry of an Order striking the damages opinions expressed in the November 4, 2013 expert report of Dr. Christine Meyer. The grounds for this motion are set forth in T-Mobile's legal memorandum in support of its motion to strike, submitted herewith.

Dated: March 31, 2014

Respectfully submitted,

IRELL & MANELLA LLP
John C. Hueston
Ellisen S. Turner
Douglas J. Dixon
Benjamin Haber

By: /s/ Douglas J. Dixon
Douglas J. Dixon
Attorneys for Defendant and Counterclaimant
T-MOBILE USA, INC.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 31, 2014, a true and correct copy of the foregoing was electronically filed via the U.S. District Court CM/ECF and served via email upon the following counsel for Plaintiff:

> Guy Yonay (GY-3028)
> GYonay@pearlcohen.com
> Clyde A. Shuman (CS-6351)
> CShuman@pearlcohen.com
> Jessica W. Lin (JL-9029)
> JLin@pearlcohen.com

By: *(signature)*
Douglas. J. Dixon
Attorneys for Defendant and
Counterclaimant
T-MOBILE USA, INC.