UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ON TRACK INNOVATIONS LTD., an Israeli company,<br><br>        Plaintiff-Counterclaim Defendant,<br><br>    vs.<br><br>T-MOBILE USA, INC., a Delaware corporation,<br><br>        Defendant-Counterclaim Plaintiff. | Case No. 1:12-cv-02224-AJN-JCF |

**DECLARATION OF DOUGLAS J. DIXON IN FURTHER SUPPORT OF T-MOBILE'S MOTION TO STRIKE DR. MEYER'S <u>CONCLUSORY AND UNRELIABLE DAMAGES OPINIONS</u>**

I, Douglas Dixon, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. I am over the age of 18 and am fully competent to make this declaration. I am an associate in the law firm of Irell & Manella LLP, attorneys for Defendant and Counterclaimant T-Mobile USA, Inc. in the above-captioned action, and I am a member in good standing of the bar of New York.

2. Attached as Exhibit 20 is a true and correct copy of "Materials Considered in Connection with the Expert Report of Christine S. Meyer, Ph.D.," which is Exhibit 2 to the Expert Report of Christine S. Meyer, Ph.D., dated November 4, 2013.

- 2 -

3. Attached as Exhibit 21 is a true and correct copy of excerpts from the transcript of the January 9, 2014, deposition of Christine Meyer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2014

By: *Douglas Dixon* (signature)

Douglas Dixon
IRELL & MANELLA LLP
Attorneys for T-MOBILE USA, INC.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 13, 2014, a true and correct copy of the foregoing was electronically filed via the U.S. District Court CM/ECF and served via email upon the following counsel for Plaintiff:

> Guy Yonay
> GYonay@pearlcohen.com
> Clyde A. Shuman
> CShuman@pearlcohen.com
> Jessica W. Lin
> JLin@pearlcohen.com

By: *[signature: Doyl P. Dix]*

Douglas J. Dixon
IRELL & MANELLA LLP
Attorneys for Defendant and
Counterclaimant
T-MOBILE USA, INC.