# EXHIBIT 20

HIGHLY CONFIDENTIAL
OUTSIDE COUNSEL ONLY

Expert Report of Christine S. Meyer, Ph.D.
Exhibit 2

# Materials Considered in Connection with The Expert Report of Christine S. Meyer, Ph.D.

| Bates Stamped Materials | |
|---|---|
| **Start** | **End** |
| OTI_0003915 | OTI_0003929 |
| OTI_0003986 | OTI_0003988 |
| OTI_0004696 | OTI_0004743 |
| OTI_0005585 | OTI_0005585 |
| TMUS-OTI0002775 | TMUS-OTI0002809 |
| TMUS-OTI0002839 | TMUS-OTI0002846 |
| TMUS-OTI0004096 | TMUS-OTI0004114 |
| TMUS-OTI0004941 | TMUS-OTI0004945 |
| TMUS-OTI0012533 | TMUS-OTI0012558 |
| TMUS-OTI0018001 | TMUS-OTI0018042 |
| TMUS-OTI0027596 | TMUS-OTI0027637 |
| TMUS-OTI0029332 | TMUS-OTI0029377 |
| TMUS-OTI0032347 | TMUS-OTI0032377 |
| TMUS-OTI0033468 | TMUS-OTI0033508 |
| TMUS-OTI0033571 | TMUS-OTI0033617 |
| TMUS-OTI0033725 | TMUS-OTI0033753 |
| TMUS-OTI0036457 | TMUS-OTI0036472 |
| TMUS-OTI0036676 | TMUS-OTI0036679 |
| TMUS-OTI0037352 | TMUS-OTI0037373 |
| TMUS-OTI0037758 | TMUS-OTI0037760 |
| TMUS-OTI0038291 | TMUS-OTI0038292 |
| TMUS-OTI0038304 | TMUS-OTI0038305 |
| TMUS-OTI0038896 | TMUS-OTI0038896 |
| TMUS-OTI0040115 | TMUS-OTI0040123 |
| TMUS-OTI0040645 | TMUS-OTI0040652 |
| TMUS-OTI0041413 | TMUS-OTI0041444 |
| TMUS-OTI0041568 | TMUS-OTI0041573 |
| TMUS-OTI0041749 | TMUS-OTI0041755 |
| TMUS-OTI0044512 | TMUS-OTI0044519 |
| TMUS-OTI0047581 | TMUS-OTI0047600 |
| TMUS-OTI0047765 | TMUS-OTI0047902 |
| TMUS-OTI0047945 | TMUS-OTI0050790 |
| TMUS-OTI0051128 | TMUS-OTI0051134 |
| TMUS-OTI0052855 | TMUS-OTI0052870 |
| TMUS-OTI0053223 | TMUS-OTI0053273 |
| TMUS-OTI0056794 | TMUS-OTI0056838 |
| TMUS-OTI0065764 | TMUS-OTI0065797 |
| TMUS-OTI0065799 | TMUS-OTI0065805 |
| TMUS-OTI0065856 | TMUS-OTI0065858 |

| | |
|---|---|
| TMUS-OTI0065890 | TMUS-OTI0065948 |
| TMUS-OTI0066001 | TMUS-OTI0066030 |
| TMUS-OTI0069107 | TMUS-OTI0069110 |
| TMUS-OTI0073106 | TMUS-OTI0073107 |
| TMUS-OTI0073215 | TMUS-OTI0073218 |
| TMUS-OTI0073229 | TMUS-OTI0073235 |
| TMUS-OTI0073364 | TMUS-OTI0073396 |
| TMUS-OTI0073401 | TMUS-OTI0073406 |
| TMUS-OTI0073412 | TMUS-OTI0073412 |
| TMUS-OTI0073492 | TMUS-OTI0073513 |
| TMUS-OTI0073571 | TMUS-OTI0073572 |
| TMUS-OTI0073671 | TMUS-OTI0073721 |
| TMUS-OTI0073740 | TMUS-OTI0073746 |
| TMUS-OTI0073748 | TMUS-OTI0073748 |
| TMUS-OTI0073840 | TMUS-OTI0073850 |
| TMUS-OTI0073859 | TMUS-OTI0073878 |
| TMUS-OTI0073892 | TMUS-OTI0073914 |
| TMUS-OTI0073919 | TMUS-OTI0073937 |
| TMUS-OTI0074057 | TMUS-OTI0074066 |
| TMUS-OTI0074088 | TMUS-OTI0074088 |
| TMUS-OTI0074321 | TMUS-OTI0074326 |
| TMUS-OTI0074402 | TMUS-OTI0074403 |
| TMUS-OTI0074423 | TMUS-OTI0074424 |
| TMUS-OTI0074913 | TMUS-OTI0074913 |
| TMUS-OTI0075096 | TMUS-OTI0075134 |
| TMUS-OTI0075241 | TMUS-OTI0075264 |
| TMUS-OTI0075484 | TMUS-OTI0075516 |
| TMUS-OTI0075629 | TMUS-OTI0075662 |
| TMUS-OTI0075716 | TMUS-OTI0075730 |
| TMUS-OTI0076150 | TMUS-OTI0076166 |
| TMUS-OTI0076184 | TMUS-OTI0076185 |
| TMUS-OTI0076341 | TMUS-OTI0076360 |
| TMUS-OTI0076951 | TMUS-OTI0076984 |
| TMUS-OTI0077003 | TMUS-OTI0077003 |
| TMUS-OTI0077007 | TMUS-OTI0077007 |
| TMUS-OTI0077330 | TMUS-OTI0077335 |
| TMUS-OTI0077338 | TMUS-OTI0077339 |
| TMUS-OTI0077341 | TMUS-OTI0077341 |
| TMUS-OTI0077363 | TMUS-OTI0077418 |
| TMUS-OTI0078058 | TMUS-OTI0078171 |
| TMUS-OTI0078633 | TMUS-OTI0078737 |
| TMUS-OTI0078961 | TMUS-OTI0078983 |
| TMUS-OTI0079062 | TMUS-OTI0079062 |
| TMUS-OTI0079064 | TMUS-OTI0079075 |
| TMUS-OTI0079085 | TMUS-OTI0079121 |

| | |
|---|---|
| TMUS-OTI0079199 | TMUS-OTI0079205 |
| TMUS-OTI0079207 | TMUS-OTI0079214 |
| TMUS-OTI0079295 | TMUS-OTI0079390 |
| TMUS-OTI0079508 | TMUS-OTI0079557 |

### Case Legal Documents

1. "Complaint for Patent Infringement," *On Track Innovations Ltd. v. T-Mobile USA, Inc.,* U.S. District Court, Southern District of New York, Case No. 12 CV 2224, March 26, 2012.

### Deposition Transcripts

1. Deposition of Arturo Silis and accompanying exhibits, August 20, 2013.
2. Deposition of Brian Bell and accompanying exhibits, October 16, 2013.
3. Deposition of Katherine Barnes and accompanying exhibits, October 17, 2013.
4. Deposition of Michael Goo and accompanying exhibits, September 12, 2013.
5. Deposition of Peter Ewens and accompanying exhibits, October 18, 2013.
6. Rough Draft Transcript of the Deposition of Melissa Scanlan, October 30, 2013.

### Other Materials

1. '043 Patent.
2. 35 U.S.C. §154.
3. 35 U.S.C. §284.
4. Balaban, Dan, "Gemalto CEO: It's a 'Race' between Isis and MCX, though Both to Get Head Start on M-Payments in U.S.," *NFC Times,* October 24, 2013.
5. Balaban, Dan, "NFC Joint Patent Program Ends; No Disruption to Licensing, Say Chip Makers," *NFC Times,* June 22, 2012.
6. Brealey, Richard A. and Stewart C. Myers, *Principles of Corporate Finance,* Seventh Edition (Boston, MA: McGraw-Hill/Irwin, 2003).
7. "Chase Announces Plans to Support Isis Mobile Wallet™ Nationwide," Isis Press Release, August 12, 2013.
8. Credit Suisse, "Mobile Payments: The Battle for the Mobile Wallet," November 19, 2010.
9. Credit Suisse, "Payment Networks: US Mobile Payments Network Emerges; Still Early for Success," August 9, 2010.
10. "Findings of Fact and Conclusions of Law," *Microsoft Corp. v. Motorola Inc., et al.,* No. C10-1823JLR, U.S. District Court, Western District of Washington, April 25, 2013.
11. *Georgia-Pacific Corp. v. United States Plywood Corp.,* 318 F. Supp. 1116, 1120 (S.D.N.Y. 1970), *modified on other grounds,* 446 F.2d 295 (2d. Cir. 1971), *cert. denied,* 404 U.S. 870 (1971).
12. GSMA, "Mobile Commerce in Retail: A Look at the Opportunities Provided by Mobile Commerce in the Retail Industry," July 2013.
13. GSMA, "Pay-Buy-Mobile: Business Opportunity Analysis," November 2007.
14. GSMA, "White Paper: Mobile NFC in Retail," September 2012.
15. Hernandez, Will, "Isis Exec Says Nothing Has Changed in Business Plan," *Cardline,* May 6, 2011.
16. Hernandez, Will, "Isis Investment Just Talk Until Product Launches, Consultant Says," *American Banker,* August 31, 2011.
17. http://web.archive.org/web/20071206014645/http://vialicensing.com/licensing/NFC_fees.cfm, accessed October 24, 2013.

18. http://web.archive.org/web/20080317184454/http:/www.vialicensing.com/news/details.cfm?VIANEWS_ID=328, accessed October 31, 2013.
19. http://web.archive.org/web/20090403225624/http:/www.vialicensing.com/patent/NFC_index.cfm, accessed November 1, 2013.
20. http://www.gemalto.com/companyinfo/about/merger/download/ patent_licence.pdf, accessed November 2, 2013.
21. http://www.otiglobal.com/COPNI_Wave, accessed November 1, 2013.
22. http://www.otiglobal.com/form_factors, accessed October 28, 2013.
23. http://www.otiglobal.com/uploads/about_oti/07172013_Fact_Sheet.pdf, accessed October 28, 2013.
24. http://www.telekom.com/company/at-a-glance/81660, accessed October 28, 2013.
25. http://www.telekom.com/company/at-a-glance/92662, accessed October 28, 2013.
26. https://www.paywithisis.com/faq.html, accessed October 28, 2013.
27. "Isis® Announces National Rollout Later This Year," Isis Press Release, July 30, 2013.
28. "Isis; HTC, LG, Motorola Mobility, RIM, Samsung Mobile, Sony Ericsson and DeviceFidelity to Implement Isis NFC and Technology Standards," *Telecommunications Weekly,* October 12, 2011.
29. Letter to Guy Yonay (Pearl Cohen Zedek Latzer Baratz LLP) from Douglas J. Dixon (Irell & Manella LLP), October 28, 2013.
30. *Mars, Inc. v. Coin Acceptors, Inc.,* 527 F.3d 1359, 1374 (Fed. Cir. 2008).
31. Mercator Advisory Group, "EMV Essentials for U.S. Issuers and Merchants," September 2012.
32. Mlot, Stephanie, "Capital One Drops Support for Isis Mobile Wallet," *PC Magazine,* September 20, 2013.
33. "Mobile Wallet Rollout; Bridging People and Payments," *The Prepaid Press,* February 1, 2012.
34. *Monsanto Co. v. Ralph,* 382 F.3d 1374, 1384 (Fed. Cir. 2004).
35. Morgan Stanley, "Much-Anticipated Mobile Payment JV Gets a Name," November 16, 2010.
36. "NFC Developers Announce Fees," *Card Technology,* June 1, 2007.
37. NFC Forum, "Essentials for Successful NFC Mobile Ecosystems," October 2008.
38. On Track Innovations Ltd., Form 20-F for the fiscal year ended December 31, 2012.
39. *Rite-Hite Corporation, et al. v. Kelley Company, Inc.,* 56 F.3d 1538, 1554 (Fed. Cir. 1995).
40. Smart Card Alliance, "NFC Application Ecosystems: Introduction, Peer-to-Peer, NFC Tags/Posters and Product Label Applications," September 27, 2012.
41. Smart Card Alliance, "Supporting the PIV Application in Mobile Devices with the UICC," June 2013.
42. Smart Card Alliance, "The Mobile Payments and NFC Landscape: A U.S. Perspective," September 2011.
43. Sposito, Sean, "Two Big Issuers Sign on with Isis in Mobile Payments," *Credit Union Journal,* March 19, 2012.
44. "T-Mobile Makes a Fresh Start on Big Board," *The Wall Street Journal,* May 1, 2013.
45. T-Mobile US, Inc., Form 8-K, June 18, 2013, Exhibit 99.1.
46. T-Mobile US, Inc., Form 8-K, May 1, 2013.
47. "T-Mobile US Reports Second Quarter 2013 Results," T-Mobile US, Inc. Press Release, August 8, 2013.
48. Thillien, Dexter, "Isis to Be Scaled Down – Report," *IHS Global Insight Daily Analysis,* May 4, 2011.
49. *Uniloc USA, Inc. v. Microsoft Corp.,* 632 F.3d 1292, 1312 (Fed. Cir. 2011).
50. Verizon Communications Inc., Form 10-K for the fiscal year ended December 31, 2010.
51. Verizon Communications Inc., Form 10-K for the fiscal year ended December 31, 2012.